UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA THEIN; BARRY THEIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES INC.,<br><br>Defendant. | Case No. 18-cv-01615-WHO<br><br>**ORDER OF DISMISSAL** |

On October 4, 2018, the parties announced their settlement in open court. This matter is DISMISSED WITH PREJUDICE and the scheduled trial and pre-trial dates are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 4, 2018

William H. Orrick
United States District Judge